[No. 4249-9-III.   Division Three.   April 21, 1981.]

*In the Matter of the Personal Restraint of*
JACK LEE BRONSON, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 4314-II.   Division Two.   April 22, 1981.]

DALLAS W. HACKLER, ET AL, *Plaintiffs,* v. ROBERT C. SCHROEDER, ET AL, *Respondents,* JACK H. MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 214396, Robert A. Jacques, J., entered September 7, 1979. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, A.C.J., and Petrich, J.